# Exhibit B

# Deron Scalf HVAC

PO Box 7131
Fishers, IN 46038-7131

Email: dls528@comcast.net
Deron - (317) 439-6288

# Invoice

| Bill To | Service For |
|---|---|
| Adam Newsom<br>5924 Fall Creek Parkway N Dr.<br>Indianapolis, IN 46220 | Adam Newsom<br>5924 Fall Creek Parkway N Dr.<br>Indianapolis, IN 46220 |

| Date | Invoice No. | Work Order # | Payments/Credits | Balance Due |
|---|---|---|---|---|
| 05/14/15 | 799 | | $0.00 | $690.00 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Labor | Labor Rate Per Hour | 4 | 75.00 | 300.00 |
| R410 | R410 Refrigerant / Rate Per Pound | 18 | 18.00 | 324.00 |
| Misc Materials | Copper / Brazing / Nitrogen | 1 | 25.00 | 25.00 |
| Misc Materials | 3/4" PVC Fittings | 1 | 6.00 | 6.00 |
| Coil | Aspen Coil R410A #81 orfice / **WARRANTY - N/C ** | 1 | 0.00 | 0.00 |
| Warranty Fee | Warranty Filing Fee | 1 | 35.00 | 35.00 |
| | Replaced Indoor coil due to leak. Pressure tested system, OK. Evacuated system and charged to specs with R410A. Checked unit operation. Amps/OK, Temp drop/OK. System working properly after repairs.<br><br>Aspen: CA60A3G-195L-003 / F12-00024525<br>Goodman: SSX140601AF / 1109225726 | | | |

LIMITED WARRANTY: All parts and equipment are warranted by the manufacturers' written warranty only. All labor performed is warranted for 30 days or as otherwise indicated in writing.

CHECKS PAYABLE TO: Deron Scalf HVAC / THANK YOU FOR YOUR BUSINESS

**Total** $690.00