ANDREA BRANDES NEWSOM, on )
behalf of herself and all others similarly, )
situated, )
                   Plaintiff, )  **1:15-cv-0943 WTL-DKL**
                                ) No. _____
       vs. )
                                )
GOODMAN MANUFACTURING, )
COMPANY, L.P., GOODMAN GLOBAL, )
INC., and GOODMAN COMPANY, L.P., )
                                )
              Defendants. )

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff, Andrea Brandes Newsom, respectfully moves the Court to enter an Order certifying this case as a class action under Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of the following Plaintiff Class:

> All persons and/or entities in Indiana who purchased air conditioners, air handlers, or heat pumps (the "Goodman Products") manufactured by Goodman, or who own a home or other structure in which the Goodman Products are installed.

Plaintiff moves the Court to appoint her as Class Representatives of this Plaintiff Class and to appoint her counsel, Cohen & Malad, LLP, as Class Counsel. Plaintiff is filing a separate Memorandum in support of this Motion.

Dated: June 16, 2015          Respectfully submitted,

*[signature]*

Irwin B. Levin, No. 8786-49
Richard E. Shevitz, No. 12007-49
Vess A. Miller, No. 26495-53
Lynn A. Toops, No. 26386-49A
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

*Counsel for Plaintiff and the Proposed Plaintiff Class*

# CERTIFICATE OF SERVICE

I certify that a copy of this document was served on the following party by United States Mail on June 16, 2015:

**Goodman Manufacturing Company L.P.**
c/o Ray Carroll, Registered Agent
5151 San Felipe St.
Suite 500
Houston, TX 77056-3650

**Goodman Global, Inc.**
c/o The Corporation Trust Company,
Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Goodman Company L.P.**
c/o The Corporation Trust Company,
Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Lynn A. Toops
*Counsel for Plaintiffs and the
Proposed Plaintiff Class*