UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA BRANDES NEWSOM, on behalf of herself and all others similarly, situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>GOODMAN MANUFACTURING, COMPANY, L.P., GOODMAN GLOBAL, INC., and GOODMAN COMPANY, L.P.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 1:15-cv-00943-WTL-DKL<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' 41(a)(1)(A)(ii) JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the dismissal of this action with each party bearing its own costs and attorneys' fees.

Dated: July 24, 2015           Respectfully submitted,


/s/ Richard E. Shevitz          /s/ Judy S. Okenfuss
Irwin B. Levin, No. 8786-49        Judy S. Okenfuss
Richard E. Shevitz, No. 12007-49      Audrey K. Hagedorn
Vess A. Miller, No. 26495-53        ICE MILLER, LLP
Lynn A. Toops, No. 26386-49A       One American Square, Suite 2900
COHEN & MALAD, LLP          Indianapolis, IN 46282
One Indiana Square, Suite 1400
Indianapolis, IN 46204          *Counsel for Defendants*
                   *Goodman Manufacturing Company, L.P.,*
*Counsel for Plaintiff*            *Goodman Global, Inc., and*
                   *Goodman Company, L.P.*

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2015 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

s/Richard E. Shevitz
Richard E. Shevitz, #12007-49

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
rshevitz@cohenandmalad.com